**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61209-EA**

**Jose Alejandro Valera-Bericote,**

      Petitioner,

v.

**Warden,** *Broward Transitional Center*,
**Et al.,**

      Respondent(s).

_____/

## ORDER TO RESPOND

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained [ECF No. 1]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the respondents shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2. Within **10 days of the respondents' response**, the petitioner shall file a response to the respondents' arguments.

**ORDERED** in Chambers in West Palm Beach, Florida, this 1st day of May 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Bonnie Smerdon**
Florida Keys Immigration Law Group
Florida
22966 Overseas Highway
Cudjoe Key, FL 33042
305-680-9100
Fax: 954-416-6602
Email: bsmerdon@lucelawpllc.com

**Brian Luciano-Vazquez**
Luciano Immigration Law Firm, LLC
2310 Dewey St
Hollywood, FL 33020
(786) 588-9725
Email: brianluciano.law@outlook.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Lair A. Hall, II**
Broward County Attorney's Office
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
954-357-5722
Email: lair.hall@usdoj.gov