**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61209-EA**

**Jose Alejandro Valera-Bericote,**

>        Petitioner,

v.

**Warden, Broward Transitional Center,
Et al.,**

>        Respondents.

_____/

**ORDER CLOSING CASE**

This cause comes before the Court on the petitioner's notice of voluntary dismissal [ECF No. 16]. Therefore, it is **ORDERED AND ADJUDGED**:

1.   The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2.   This **CASE IS CLOSED**.

3.   All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

   **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 31st day of July 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Bonnie Smerdon**
Florida Keys Immigration Law Group
Florida
22966 Overseas Highway
Cudjoe Key, FL 33042
305-680-9100

Fax: 954-416-6602
Email: bsmerdon@lucelawpllc.com

**Brian Luciano-Vazquez**
Luciano Immigration Law Firm, LLC
1000 Brickell Ave Suite 715 PMB 5188
Miami, FL 33131
(786) 588-9725
Email: luciano@lucianoimmigrationlaw.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Lair A. Hall, II**
Broward County Attorney's Office
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
954-357-5722
Email: lair.hall@usdoj.gov